**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:  12-cv-2160 JNE/FLN**

---

Britt M. Fouks and Brian F. Hupperts,
on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

v.

Red Wing Hotel Corporation  d/b/a St.
James Hotel, Veranda, Clara's Gift Shop,
Jimmy's Pub, Port Restaurant, and Shoe
Box Café,

                    Defendant.

**PLAINTIFFS' UNOPPOSED**
**MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION**
**SETTLEMENT**

---

The above-named Plaintiffs, by and through their attorney of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting preliminary approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms that will be set forth more fully in the Stipulation and Settlement.

Respectfully Submitted,

Dated this 31st day of May, 2013.      By:___s/Thomas J. Lyons Jr._____
                                       **CONSUMER JUSTICE CENTER, P.A.**
                                       Thomas J. Lyons, Jr., Esq.
                                       Attorney I.D. #249646
                                       367 Commerce Court
                                       Vadnais Heights, MN  55127
                                       Telephone:  (651) 770-9707
                                       Facsimile:  (651) 704-0907

1

tommycjc@aol.com

**ATTORNEY FOR PLAINTIFFS**