UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  12-cv-2160 JNE/FLN

_____

| | |
|---|---|
| Britt M. Fouks and Brian F. Hupperts, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES & COSTS** |
| v. | |
| Red Wing Hotel Corporation d/b/a St. James Hotel, Veranda, Clara's Gift Shop, Jimmy's Pub, Port Restaurant, and Shoe Box Café, | |
| Defendant. | |

Plaintiffs hereby move the Court for an award for attorney's fees and costs in connection with the above-entitled class action in an amount of $65,000.  Plaintiffs' Memorandum and evidence in support of Plaintiffs' Motion shall be filed contemporaneously herewith.

Dated this 1st day of October, 2013.

    By:    s/Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFFS AND THE CLASS*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com

1